# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

          v.

ROLAND BROWN,

        Petitioner

:  No. 495 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

          v.

ROLAND BROWN,

        Petitioner

:  No. 496 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

          v.

ROLAND BROWN,

        Petitioner

:  No. 497 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

         Respondent

          v.

:  No. 498 EAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :  No. 499 EAL 2021

        Respondent

               v.                     :  Petition for Allowance of Appeal
from the Order of the Superior Court

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :  No. 500 EAL 2021

        Respondent

               v.                     :  Petition for Allowance of Appeal
from the Order of the Superior Court

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :  No. 501 EAL 2021

        Respondent

               v.                     :  Petition for Allowance of Appeal
from the Order of the Superior Court

ROLAND BROWN,

        Petitioner

## **ORDER**

[495 EAL 2021, 496 EAL 2021, 497 EAL 2021, 498 EAL 2021, 499 EAL 2021, 500 EAL 2021 and 501 EAL 2021] - 2

**PER CURIAM**

      **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.